UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN, | |
|                   Petitioner, | |
| -against- | 22-CV-6302 (LTS) |
| WARDEN A.M.K.C.; NYC DEPT OF CORRECTIONS; OTHER PERSONS HAVING CUSTODY OF DETAINES, | ORDER OF DISMISSAL |
|                   Respondents. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 29, 2022, the Court directed Petitioner to file an amended petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 within 60 days showing that he had exhausted his state court remedies. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended petition as directed, and has not otherwise communicated with the Court. Accordingly, the Section 2241 petition is dismissed without prejudice.

      Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 7, 2022
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                               Chief United States District Judge