UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH JEROME GRIFFIN,<br><br>                       Plaintiff,<br><br>-against-<br><br>WARDEN A.M.K; NYC DEPT OF CORRECTIONS, ET AL,<br><br>                      Defendants. | 22-CV-6302 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the December 7, 2022, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 7, 2022
            New York, New York

                                           /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge